**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-62535-JTK**

**ELDRYS JESUS CASTELLANO MORALES,**

Petitioner

v.

**FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

Respondents.
_______________________________________/

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

**THIS CAUSE** is before the Court on Petitioner Eldrys Jesus Castellano Morales ("Petitioner")'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Petitioner challenges his detention arguing that he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, 175 F.4th 1258, 1276 (11th Cir. 2026). Respondents do not challenge this, and Petitioner has a bond hearing scheduled on September 25, 2026. [ECF No. 7, Ex. A]. Therefore, the Petition is moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Petition is **DENIED**. The Court is directed to **CLOSE** this case and **TERMINATE** any pending motions as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of September 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

Cc: counsel of record
Petitioner, *pro se*